IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAYNE TAYLOR,
Appellant.
vs.
CRISTINA JACOBSON,
Respondent.

No. 84996

**FILED**

OCT 21 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY:
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This appeal was docketed on July 12, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). On that same date, this court issued a notice directing appellant to pay the filing fee or comply with the provisions of NRAP 24 within 14 days. The notice advised that failure to comply would result in the dismissal of this appeal.

Because appellant had filed a "Request for Authorization to Proceed in Proper Person; Waiver of Appeal Bond; and to Transmit Entire Record on File" along with the notice of appeal, on August 16, 2022, this court issued an order that denied the request to the extent it could be construed as a request to proceed on appeal in forma pauperis. That order directed appellant to, within 30 days, pay the filing fee or file a file-stamped copy of a motion to proceed in forma pauperis that had been filed in the district court. That order cautioned appellant that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

22-33137

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Shayne Taylor
Cristina Jacobson
Eighth District Court Clerk